**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **CRIM. ACT. NO. 1:19-cr-261-TFM-B** |
| | ) | |
| **JUSTIN O'BRIAN MOORE** | ) | |

**ACCEPTANCE OF GUILTY PLEA**
**AND ADJUDICATION OF GUILT**

On December 18, 2019, the Defendant Justin O'Brian Moore, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 922(g)(1), Prohibited Person in Possession of a Firearm (felon). *See* Doc. 20. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 23. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **March 26, 2020 at 10:00 a.m**. under separate Order.

**DONE and ORDERED** this 8th day of January, 2020.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE